```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       SOUTHERN DIVISION
                       NO. 7:11-CV-256-D
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
|    v. ) | |
| ) | |
| DIAZ-ROSAS PERSONAL PROPERTY, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| A REMINGTON .22 CALIBER, MODEL 5501) | |
| RIFLE, WITH NO SERIAL NUMBER; ) | |
| A SAVAGE 12 GAUGE, MODEL 94C, ) | |
| SHOTGUN, WITH NO SERIAL NUMBER; ) | |
| A COLT .22 LR CALIBER HANDGUN, ) | |
| SERIAL NUMBER 9697; ) | |
| A COLT .38 SUPER CALIBER PISTOL, ) | |
| SERIAL NUMBER ELCEN5280; ) | |
| A POLY TECH MODEL AKS 762 RIFLE, ) | |
| SERIAL NUMBER PW8576208530; ) | |
| A COLT .380 CALIBER PISTOL, ) | |
| SERIAL NUMBER 5STAR0064; ) | |
| A BERETTA .380 CALIBER PISTOL, ) | |
| SERIAL NUMBER H39511Y, ) | |
| ) | |
| AND ) | |
| ) | |
| ASSORTED MAGAZINES AND ROUNDS OF ) | |
| AMMUNITION, ) | |
| ) | |
|       Defendants. ) | |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Department of Homeland Security pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America; and

4. The U. S. Department of Homeland Security is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this 7 day of June, 2012.

*[signature]*
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

2